PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Antonelle Ann Sanchez**       Docket No. 5:16-CR-254-1H

### Petition for Action on Conditions of Pretrial Release

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Antonelle Ann Sanchez, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at Greenville, on the 5th day of December, 2016.

The defendant appeared before Kimberly A. Swank, the U.S. Magistrate Judge for arraignment on the 5th day of December, 2016, and supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 4, 2017, the court signed an order to allow the defendant to transfer her release supervision and residence to the District of Maryland. On April 11, 2017, the District of Maryland made contact with the defendant and was made aware that her third party custodian did not move with the defendant and is still residing in the Eastern District of Virginia. The motion that was filed to allow the defendant to transfer did not address her third party custodian requirement. At this time, the defendant has remained compliant while under supervision and has obtained employment in the District of Maryland.

**PRAYING THAT THE COURT WILL ORDER** that the third party custodian requirement be removed from her conditions as she has been complaint and has relocated to the District of Maryland.

Reviewed and approved,      I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller      /s/ Amir A. Hunter
Jeffrey L. Keller      Amir A. Hunter
Supervising U.S. Probation Officer      U.S. Probation Officer
     310 New Bern Avenue, Room 610
     Raleigh, NC 27601-1441
     Phone: 919.861.8663
     Executed On: April 13, 2017

### ORDER OF THE COURT

Considered and ordered the 20th day of April 2017, and ordered filed and made part of the records in the above case.

_____
Malcom J. Howard
Senior United States District Judge