UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Antonelle Ann Sanchez**                              **Docket No. 5:16-CR-254-1H**

## Petition for Action on Supervised Release

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antonelle Ann Sanchez, who, upon an earlier plea of guilty to 2 counts of 18 U.S.C. § 201(c)(1)(B), Accepting and Receiving a Gratuity, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on November 7, 2017, to the custody of the Bureau of Prisons for a term of 8 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 24 months.

Antonelle Ann Sanchez was released from custody on August 24, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was arrested for Driving While Impaired and Open Container of Alcoholic Beverage After Drinking (19CR51508) by the Fayetteville Police Department in Fayetteville, North Carolina on February 3, 2019. The defendant admitted to committing these crimes when confronted. The next scheduled court date for this matter is May 3, 2019, in Cumberland County District Court. The offender has agreed to perform 24 hours of community service as a sanction for this offense.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Peter J. Yalango<br>Peter J. Yalango<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2546<br>Executed On: March 5, 2019 |

Antonelle Ann Sanchez
Docket No. 5:16-CR-254-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __11__ day of __March__, 2019, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge